IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE ANTONIO BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-CV-576-WKW |
| | ) | [WO] |
| RUSSELL COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On July 12, 2008, the Magistrate Judge filed a Recommendation (Doc. # 8) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 8) is ADOPTED.

2. Plaintiff's claims against the Russell County Jail are DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The Russell County Jail is DISMISSED as a Defendant in this action.

4. This action, with respect to Plaintiff's claims against Defendants Dyer and Randall, is REFERRED back to the Magistrate Judge for appropriate proceedings.

DONE this 2nd day of August, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE