IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MAURICE ANTONIO BROWN, # 264844, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.3:18-cv-576-ECM |
| ) | (WO) |
| THERESA DYER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On July 23, 2021, the Magistrate Judge entered a Recommendation (doc. 37) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED with prejudice.

Other than the filing fee already assessed, no costs are taxed.

A separate Final Judgment will be entered.

Done this 13th day of September, 2021.

                                              /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE